# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANN MARIE DIXON,<br>      Plaintiff,<br>v.<br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br>      Defendant. | Case No. 5:18-cv-1913-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

Date: March 2, 2020

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE